JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EFREN GARCIA JR.,                )   Case No.
                                 )   EDCV 13-00208 JGB(SPx)
              Plaintiff,         )
                                 )   **JUDGMENT**
      v.                         )
                                 )
LIBERTY LIFE ASSURANCE           )
COMPANY OF BOSTON,               )
                                 )
              Defendant.         )
_____)

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED
AND ADJUDGED that Plaintiff's complaint is DISMISSED
WITHOUT PREJUDICE.  The Court orders that such judgment
be entered.


Dated: February 21, 2013     _____
                                   JESUS G. BERNAL
                             United States District Judge